Order entered December 6, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01313-CV

INSURANCE ALLIANCE, Appellant

V.

LAKE TEXOMA HIGHPORT, LLC, Appellee

On Appeal from the 397th Judicial District Court
Grayson County, Texas
Trial Court Cause No. 08-0604-397

## ORDER

The Court has before it court reporter Paula Thomas's December 3, 2012 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** Ms. Thomas to file the reporter's record within fourteen days of the date of this order.

MOLLY FRANCIS
JUSTICE